B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re: Sergio David Aguilar, Maritza Aguilar
Debtor(s)

Case No. 2:09-bk-27025-VK
Chapter 13

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Sergio David Aguilar__, the debtor in the above-styled case, hereby certify that on __03/18/2010__, I completed an instructional course in personal financial management provided by __Black Hills Children's Ranch, Inc.__, an approved personal financial management provider.

Certificate No. (if any): __00437-CAC-DE-010302528__.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *Sergio D Aguilar*
Sergio David Aguilar

Date: 4/27/10

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-010302528

Bankruptcy Case Number: 09-27025

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 18, 2010, at 3:34 o'clock PM MDT,

Sergio David Aguilar completed a course on personal financial

management given by internet by

Black Hills Children's Ranch, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.

Date: March 18, 2010        By    /s/Damaris Hernandez

                            Name  Damaris Hernandez

                            Title Credit Counselor

# United States Bankruptcy Court
## Central District of California

In re  Sergio David Aguilar
Maritza Aguilar
                                    Debtor(s)

Case No.  2:09-bk-27025-VK
Chapter  13

# DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I,  Maritza Aguilar , the debtor in the above-styled case, hereby certify that on  03/18/2010 , I completed an instructional course in personal financial management provided by  Black Hills Children's Ranch, Inc. , an approved personal financial management provider.

Certificate No. (if any):  00437-CAC-DE-010302212 .

☐ I, ___, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  *Maritza Aguilar* (signature)
                    Maritza Aguilar

Date:  4/27/10

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-010302212

Bankruptcy Case Number: 09-27025

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 18, 2010, at 3:16 o'clock PM MDT,

Maritza Aguilar completed a course on personal financial

management given by internet by

Black Hills Children's Ranch, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.


Date: March 18, 2010          By      /s/Damaris Hernandez

                              Name    Damaris Hernandez

                              Title   Credit Counselor