ORIGINAL·

NO FEE

1   ANDREA SHERIDAN ORDIN, County Counsel
    RALPH L. ROSATO, Assistant County Counsel
2   EMERY EL HABIBY, Deputy County Counsel
    (SBN 219781) • *eelhabiby@counsel.lacounty.gov*
3   648 Kenneth Hahn Hall of Administration
    500 West Temple Street
4   Los Angeles, California 90012-2713
    Telephone: (213) 974-1837 · Fax: (213) 687-8822
5
    Attorneys for LOS ANGELES COUNTY
6   TREASURER & TAX COLLECTOR

```
┌─────────────────────────────┐
│          FILED              │
│        MAY 06 2010          │
│  CLERK U.S. BANKRUPTCY COURT │
│ CENTRAL DISTRICT OF CALIFORNIA│
│  BY:            Deputy Clerk │
└─────────────────────────────┘
```

7

8                    UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11  In Re                              Case No.:  2:09-bk-27025-VK

12      SERGIO DAVID AGUILAR and       Chapter 13
        MARITZA AGUILAR,
13                                     **NOTICE OF WITHDRAWAL OF CLAIM**
            Debtors.
14                                     **CLAIM NO.:  8**

15

16          PLEASE TAKE NOTICE that creditor Los Angeles County Treasurer & Tax

17  Collector hereby withdraws, without prejudice, its Proof of Claim designated claim number 8,

18  initially filed September 25, 2009, in the amount of $5,818.49, a true and correct copy of which is

19  attached hereto as Exhibit 1.

20  DATED:  April 23, 2010              Respectfully submitted,

21                                     ANDREA SHERIDAN ORDIN
                                       County Counsel
22

23

24                                     By  *Emery El Habiby*
                                       _____
25                                       EMERY EL HABIBY
                                         Deputy County Counsel
26
                                       Attorneys for LOS ANGELES COUNTY
27                                     TREASURER & TAX COLLECTOR

28

HOA.696360.1

# EXHIBIT 1

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>AGUILAR, SERGIO DAVID AND MARITZA | Case Number:<br>09-BK-27025-VK ( CH. 13) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | ☐ Check this box to indicate that this claim amends a previously filed claim |
| Name and address where notices should be sent:<br>LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>P.O. BOX # 54110, LOS ANGELES, CALIFORNIA 90054-01 10<br><br>Telephone number:<br>(213) 974-7803 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**FILED**

**SEP 25 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:        $            5,818.49 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:   PROPERTY TAXES<br>    (See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor:  2008<br><br>    3a. Debtor may have scheduled account as:  6376-002-024<br>    (See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| Nature of property or right of setoff: ☑ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property:$_____  Annual Interest Rate_____% | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____   Basis for perfection: _____ | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| Amount of Secured Claim: $    5,818.49   Amount Unsecured: $_____ | |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date:<br>09/24/2009<br><br>EBONY CAMPBELL, TSC I | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## DECLARATION OF SERVICE OF MAIL

**STATE OF CALIFORNIA,** County of Los Angeles:

**Ebony Campbell** states: I am and at all times herein mentioned have been a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen years and not a party to nor interested in the within action; that my business address is 122 Kenneth Hahn Hall of Administration, City of Los Angeles, County of Los Angeles, State of California; that I am readily familiar with the business practice of the Los Angeles County Treasurer and Tax Collector for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence would be deposited within the United States Postal Service that same day in the ordinary course of business;

That on the **24**[th] **day** of **September 2009**, I served the attached **PROOF OF CLAIM** upon Interested Party (ies) by depositing copies thereof, enclosed in a sealed envelope and placed for collection and mailing on that date following ordinary business practices in the United States Postal Service, addressed as follows:

**Debtor or Debtor's Attorney**

> Leroy Bishop Austin
> 3250 Wilshire Blvd., Ste. 1500
> Los Angeles, CA 90010-1502

**Chapter 7 or 13 Standing Attorney**

> Nancy K. Curry
> 606 South Olive Street, Suite 950
> Los Angeles, CA 90014

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on **24**[th] **day of September 2009**, at Los Angeles, California.

Ebony Campbell

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## STATEMENT OF PRIOR YEAR TAXES
AS OF 09/04/09

CRT: M#34
M#34

### PARCEL INFORMATION

ASSESSOR'S ID# **6376 002 024**   YRSEQ      AIN

### SPECIAL INFORMATION

TAX DEFAULTED IN 2009 FOR UNPAID TAXES OF 2008.

AGUILAR,SERGIO D AND MARITZA
5043 CORD AVE
PICO RIVERA CA 90660-2804

DESCRIPTION
TRACT NO 26995   LOT   8

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | BALANCE | PENALTY & COST ORIGINAL | BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 6376 002 024 | 08000 | 09 | 5059.82 | 5059.82 | 515.98 | 515.98 | 227.69 | 5803.49 |
| | TOTAL | | 5059.82 | | 515.98 | | 227.69 | 5803.49 |

REDEMPTION FEE:        15.00
AMOUNT TO PAY:      5818.49*

*ADD $75.89 PENALTY PER MONTH, FROM 10/09, IF NOT PAID BY 10/04/09.

THERE WILL BE A $50.00 SERVICE CHARGE FOR ANY CHECK RETURNED BY THE BANK.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK IS YOUR RECEIPT.

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT     STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE**

**REVERSE FOR**

**PERTINENT**

**INFORMATION**

AGUILAR,SERGIO D AND MARITZA
5043 CORD AVE
PICO RIVERA CA 90660-2804

MUST BE RECEIVED BY: 10/04/09
COMP DTE 0909 TAX DEF 2009
LOAN ID: _____

| YR | SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|---|
| 00 | 000 | 6376 | 002 | 024 | 7 | 1 | 0 | 000 |

TOTAL DUE          INDICATE AMOUNT PAID

5818.49

3145

MAKE CHECK PAYABLE TO:
CRT: M#34
M#34

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

00000700003637600202410000581849410091100409095

## DECLARATION OF SERVICE
Case No. 2:09-bk-27025-VK

STATE OF CALIFORNIA, County of Los Angeles:

I, Margie Sims, state: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on May 5, 2010, I served the attached **NOTICE OF WITHDRAWAL OF CLAIM NO.: 8** upon Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

☒ **(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

☒ **(FEDERAL)** I declare that I am employed in the offices of a member of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2010, at Los Angeles, California.

_____
Margie Sims
**Type or Print Name of Declarant**
**and, for personal service by a Messenger Service,**
**include the name of the Messenger Service**

_Margie Sims_
Signature

1

# SERVICE LIST

2  United States Trustee (LA)
   725 South Figueroa, 26 Floor
3  Los Angeles, CA 90017

4  *Trustee*

5  Nancy K. Curry
   606 South Olive Street, Suite 950
6  Los Angeles, CA 90014

7  *Attorney for Debtor*

8  Leroy Bishop Austin
   3250 Wilshire Blvd., Suite 1500
9  Los Angeles, CA 90010-1502

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28